**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT DUNCAN,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-2855** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this **22nd** day of **JUNE, 2026**, upon consideration of Plaintiff Robert

Duncan's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No.

2), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Clerk of Court is **DIRECTED** to add the alias name "James Malone" to the

caption in this case, consistent with Plaintiff's filings in *Duncan v. City of Philadelphia, et al.*,

Civ. A. No. 26-2671 (E.D. Pa.).

4.      For the reasons stated in the Court's Memorandum, the Motion to Recuse Judge

Kai N. Scott (ECF No. 5) is **DENIED**.

5.      For the reasons stated in the Court's Memorandum, the Complaint is dismissed as

follows:

        a.      All § 1983 claims are **DISMISSED WITH PREJUDICE** pursuant to 28

U.S.C. § 1915(e)(2)(B)(i) and (ii) as factually frivolous and for failure to state a claim.

        b.      All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack

of subject matter jurisdiction.

6.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/S/ Kai N. Scott*

**KAI N. SCOTT, J.**